# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: URBANOWICZ, ANDY | § | Case No. 11-22416 |
| URBANOWICZ, ELIZABETH | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $220,300.00 *(without deducting any secured claims)* | Assets Exempt: $44,000.00 |
| Total Distribution to Claimants: $4,632.58 | Claims Discharged Without Payment: $39,300.82 |
| Total Expenses of Administration: $1,917.67 | |

3)  Total gross receipts of $    6,550.25    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $       0.00    (see **Exhibit 2** ), yielded net receipts of $6,550.25
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,917.67 | 1,917.67 | 1,917.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 43,933.40 | 43,933.40 | 4,632.58 |
| **TOTAL DISBURSEMENTS** | $0.00 | $45,851.07 | $45,851.07 | $6,550.25 |

4)  This case was originally filed under Chapter 7 on May 26, 2011. The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/27/2014 _____   By: /s/JOHN E. GIERUM _____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Toyota Rav4 | 1129-000 | 2,925.00 |
| 2003 Lexus LS430 | 1129-000 | 3,625.00 |
| Interest Income | 1270-000 | 0.25 |
| **TOTAL GROSS RECEIPTS** | | $6,550.25 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 1,405.03 | 1,405.03 | 1,405.03 |
| JOHN E. GIERUM | 2200-000 | N/A | 12.64 | 12.64 | 12.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,917.67 | $1,917.67 | $1,917.67 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-000 | N/A | 20,615.72 | 20,615.72 | 2,173.84 |
| 2 | JP Morgan Chase Bank NA | 7100-000 | N/A | 21,000.00 | 21,000.00 | 2,214.35 |
| 3 | Midland Funding LLC | 7100-000 | N/A | 2,317.68 | 2,317.68 | 244.39 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $43,933.40 | $43,933.40 | $4,632.58 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report

## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 11-22416 | **Trustee:** | (520171)   JOHN E. GIERUM |
| **Case Name:** URBANOWICZ, ANDY | **Filed (f) or Converted (c):** | 05/26/11 (f) |
| URBANOWICZ, ELIZABETH | **§341(a) Meeting Date:** | 07/18/11 |
| **Period Ending:** 05/27/14 | **Claims Bar Date:** | 11/14/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/<br>Unscheduled<br>Values** | **Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs)** | **Property<br>Abandoned<br>OA=§554(a)** | **Sale/Funds<br>Received by<br>the Estate** | **Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets** |
| 1 | Real Estate Located at 4 Buckingham Ct., Lake Zu<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 215,000.00 | 0.00 | | 0.00 | FA |
| 2 | Personal Checking account with Chase<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 300.00 | | 0.00 | FA |
| 3 | Business Checking account with Chase<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 4 | Miscellaneous Household Goods and Used Furniture<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5 | Used books, compact discs family pictures<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 6 | Used Personal Clothing<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 7 | Costume Jewlery<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 400.00 | 400.00 | | 0.00 | FA |
| 8 | 2006 Toyota Rav4<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 10,000.00 | 2,925.00 | | 2,925.00 | FA |
| 9 | 2003 Lexus LS430<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 15,000.00 | 3,625.00 | | 3,625.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.25 | FA |
| **10** | **Assets**    **Totals** (Excluding unknown values) | **$245,300.00** | **$10,650.00** | | **$6,550.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

        TFR approved and checks sent out 1/14.

Exhibit 8

Page:  2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number:  11-22416 | Trustee:        (520171)    JOHN E. GIERUM |
| Case Name:    URBANOWICZ, ANDY | Filed (f) or Converted (c):  05/26/11 (f) |
|               URBANOWICZ, ELIZABETH | §341(a) Meeting Date:  07/18/11 |
| Period Ending: 05/27/14 | Claims Bar Date:  11/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR):    December 31, 2012 | | Current Projected Date Of Final Report (TFR):    December 3, 2013  (Actual) | |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 11-22416

Case Name: URBANOWICZ, ANDY
URBANOWICZ, ELIZABETH

Taxpayer ID #: **-***7202

Period Ending: 05/27/14

Trustee: JOHN E. GIERUM (520171)

Bank Name: The Bank of New York Mellon

Account: ****-*****01-65 - Checking Account

Blanket Bond: $5,000,000.00  (per case limit)

Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/01/11 | | Andy Urbanowicz | | | 6,550.00 | | 6,550.00 |
| | {8} | | 2,925.00 | 1129-000 | | | 6,550.00 |
| | {9} | | 3,625.00 | 1129-000 | | | 6,550.00 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,550.05 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,525.05 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,525.10 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,500.10 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,500.15 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,475.15 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,475.20 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,450.20 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,450.25 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,425.25 |
| 02/07/12 | | To Account #*********0166 | TRANSFER OF FUNDS | 9999-000 | | 5.84 | 6,419.41 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,394.41 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,369.41 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,344.41 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,319.41 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,294.41 |
| 07/09/12 | | To Account #*********0166 | TRANSFER OF FUNDS | 9999-000 | | 6,294.41 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 6,550.25 | 6,550.25 | $0.00 |
| Less: Bank Transfers | 0.00 | 6,300.25 |
| **Subtotal** | 6,550.25 | 250.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$6,550.25** | **$250.00** |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-22416 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | URBANOWICZ, ANDY | | Bank Name: | The Bank of New York Mellon |
| | URBANOWICZ, ELIZABETH | | Account: | ****-******01-66 - Checking Account |
| Taxpayer ID #: | **-***7202 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/27/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/07/12 | | From Account #*********0165 | TRANSFER OF FUNDS | 9999-000 | 5.84 | | 5.84 |
| 02/10/12 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #11-22416, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 5.84 | 0.00 |
| 07/09/12 | | From Account #*********0165 | TRANSFER OF FUNDS | 9999-000 | 6,294.41 | | 6,294.41 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,269.41 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,244.41 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,219.41 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,194.41 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,169.41 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,144.41 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 6,144.41 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 6,300.25 | 6,300.25 | $0.00 |
| Less: Bank Transfers | 6,300.25 | 6,144.41 | |
| Subtotal | 0.00 | 155.84 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $155.84 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-22416 | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** URBANOWICZ, ANDY | **Bank Name:** Rabobank, N.A. |
| URBANOWICZ, ELIZABETH | **Account:** ******1766 - Checking Account |
| **Taxpayer ID #:** **-***7202 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 05/27/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,144.41 | | 6,144.41 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,134.41 |
| 02/08/13 | 10102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #11-22416, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 6.80 | 6,127.61 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,117.61 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,107.61 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,097.61 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,087.61 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,077.61 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,067.61 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,057.61 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,047.61 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,037.61 |
| 01/16/14 | 10103 | JOHN E. GIERUM | Dividend paid 100.00% on $1,405.03, Trustee Compensation;  Reference: | 2100-000 | | 1,405.03 | 4,632.58 |
| 01/16/14 | 10104 | American Express Centurion Bank | First and Final Distribution | 7100-000 | | 2,173.84 | 2,458.74 |
| 01/16/14 | 10105 | JP Morgan Chase Bank NA | First and Final Distribution | 7100-000 | | 2,214.35 | 244.39 |
| 01/16/14 | 10106 | Midland Funding LLC | First and Final Distribution | 7100-000 | | 244.39 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **6,144.41** | **6,144.41** | **$0.00** |
| Less: Bank Transfers | 6,144.41 | 0.00 | |
| **Subtotal** | **0.00** | **6,144.41** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$6,144.41** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******01-65** | **6,550.25** | **250.00** | **0.00** |
| **Checking # ****-******01-66** | **0.00** | **155.84** | **0.00** |
| **Checking # ******1766** | **0.00** | **6,144.41** | **0.00** |
| | **$6,550.25** | **$6,550.25** | **$0.00** |